UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne Bongiovanni |
| V. | : | Magistrate No. 21-MJ-01088 |
| NATHAN DOUGHERTY | : | ORDER FOR DISMISSAL |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Philip Sellinger United States Attorney for the District of New Jersey, hereby dismisses violation No. 9453831 against defendant Nathan Dougherty, which was filed on January 9, 2021 charging him with being, Possession of a Weapon, for the reason that prosecution of defendant Nathan Dougherty is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice and is pending the successful completion by defendant Nathan Dougherty of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_____
Philip Sellinger
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. TONIANNE BONGIOVANNI
United States Magistrate Judge

Dated: 11/9/22